## Lowe and Another *v.* Hughes.

HUSBAND AND WIFE.—EVIDENCE.—Where husband and wife are jointly sued for the recovery of personal property, each is competent to testify in his or her own behalf.

APPEAL from the *Porter* Common Pleas.

GREGORY, C. J.—*Hughes* brought an action against *Lowe* and wife for the recovery of personal property. Trial by jury; verdict for the plaintiff; motion for a new trial overruled. The evidence is a part of the record.

On the trial, at the proper time, *Lowe* offered himself as a witness in his own behalf only, to prove that the hogs

(the property in controversy) had never been in his possession or under his control; that he had never claimed any right, title or interest in or to them; that the hogs were the property of Mrs. *Lowe.* The wife offered herself as a witness in her own behalf only, to prove that she was the owner, in her own right, of the hogs; that they were detained by her as her own separate property; that no demand had ever been made on her for the possession of them; that she purchased them of one *George Brown,* and took care of and fed them all summer; that she knew them well, and knew their relative sizes, and that they were confined in a pen on her own individual premises.

The offered evidence was rejected by the court, and this was one of the causes assigned for a new trial. The evidence ought to have been admitted. *Albaugh et al.* v. *James, ante,* p. 398. The court below erred in overruling the motion for a new trial.

The judgment is reversed, with costs, and the cause remanded, with directions to grant a new trial, and for further proceedings.

*T. J. Merrifield* and *W. H. Calkins,* for appellants.

*S. I. Anthony, F. Church, S. E. Perkins, L. Jordan* and *S. E. Perkins, jr.,* for appellee.